IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHAYNE E. TODD,<br><br>        Plaintiff,<br><br>    v.<br><br>ALFRED C. BIGELOW et al.,<br><br>        Defendants. | DISMISSAL ORDER<br>& MEMORANDUM DECISION<br><br>Case No. 2:12-CV-28 CW<br><br>District Judge Clark Waddoups |

Plaintiff, inmate Shayne E. Todd, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the Second Amended Complaint under § 1915(e), in an order dated June 7, 2013, the Court determined Plaintiff's Second Amended Complaint was deficient.  The Court then gave Plaintiff a second set of directions for curing the deficiencies, sent him another "Pro Se Litigant Guide," with another blank-form civil rights complaint, and ordered him for a second time to cure deficiencies within thirty days.  Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's Second Amended Complaint is **DISMISSED** with prejudice for failure to state a

claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.  This case is **CLOSED.**

DATED this 23rd day of July, 2013.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court